United States Court of Appeals

For the Eighth Circuit

_____

No. 18-3684

_____

United States of America

*Plaintiff - Appellee*

v.

Wesley Warren Norris

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: August 5, 2019
Filed: August 8, 2019
[Unpublished]

_____

Before SHEPHERD, GRASZ, and KOBES, Circuit Judges.

_____

PER CURIAM.

Wesley Norris directly appeals after he pled guilty to distributing child pornography and the district court[1] sentenced him to a prison term within the

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

calculated United States Sentencing Guidelines Manual range. His counsel has moved for leave to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), raising as an issue whether the district court imposed a substantively unreasonable prison term.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable prison term. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard and discussing substantive reasonableness). In addition, having independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____